The Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KOHREY LEE BRIDGES, <br><br> Defendant. | NO. CR24-122-JNW <br><br> **AMENDED ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion to Amend Preliminary Order of Forfeiture (the "Motion"), brought pursuant to Rules 32.2(b) and 36 of the Federal Rules of Criminal Procedure, to correct the amount of the judgment for a sum of money that was included in the Order of Forfeiture, previously entered as to Defendant Kohrey Lee Bridges. (Dkt No. 134)

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby GRANTS the Motion and ENTERS this Amended Order of Forfeiture as to Defendant Kohrey Lee Bridges' interest in a sum of money (also known as a forfeiture money judgment) in the amount of $112,578.68, representing the proceeds Defendant obtained from his commission of *Conspiracy to Commit Bank Fraud*, in violation of 18 U.S.C. §§ 1344 and 1349.

Amended Order of Forfeiture - 1
*United States v. Bridges*, CR24-122-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of an Amended Order of Forfeiture is appropriate because:

1. The proceeds of *Conspiracy to Commit Wire Fraud*, in violation of 18 U.S.C. §§ 1344 and 1349, are forfeitable pursuant to 18 U.S.C. § 982(a)(2)(A);

2. In his Plea Agreement, Defendant agreed to forfeit, pursuant to 18 U.S.C. § 982(a)(2)(A), a sum of money in the amount of $112,578.68, representing proceeds he personally obtained from the commission of *Conspiracy to Commit Wire Fraud* (Dkt. No. 73 ¶ 14);

3. The forfeiture of this sum of money is separate and distinct from any restitution the Court may order in his case; and

4. The forfeiture of this sum of money is personal to Defendant Bridges and pursuant to Fed. R. Crim. P. 32.2(c)(1), no third-party ancillary process is required before forfeiting it. The forfeiture money judgment will become final upon sentencing.

NOW, THEREFORE, THE COURT ORDERS:

1. Pursuant to 18 U.S.C. § 982(a)(2)(A), and his Plea Agreement, Defendant Bridges's interest in a sum of money in the amount of $112,578.68 is fully and finally forfeited, in its entirety, to the United States;

2. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) – (B), this Amended Order will become final as to Defendant Bridges at the time he is sentenced; it will be made part of the sentence; and, it will be included in the judgment;

3. No right, title, or interest in the identified sum of money exists in any party other than the United States;

4. Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this Order forfeiting the sum of money, in whole or in part, the United States may move to amend this Order, at any time, to include substitute property having a value not to exceed $112,578.68; and

5. The Court will retain jurisdiction in this case for the purpose of enforcing this Order, as necessary.

DATED this 2nd day of October, 2025.

THE HON. JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Jehiel I. Baer*
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Jehiel.Baer@usdoj.gov

Amended Order of Forfeiture - 3
*United States v. Bridges*, CR24-122-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970